# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-2274
_____

RENAUD DUBUISSON,

Appellant,

v.

JULIE JONES,

Appellee.

_____

On appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

May 3, 2018

PER CURIAM.

AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Renaud Dubuisson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore,
Assistant Attorney General, Tallahassee; Kenneth Steely,

General Counsel, Department of Corrections, Tallahassee, for Appellee.